IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| STOPLOSS SPECIALISTS, LLC and JOHN LEWIS, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | |
| VERICLAIM, INC., et al., | : : : | CIVIL ACTION NO. 1:16-cv-3644-AT |
| Defendants. | : | |

## ORDER

This matter is before the Court on Plaintiffs' Motion for Extension of Time to Complete Discovery [Doc. 32]. Defendants in their Response indicated that they do not oppose the extension [Doc. 33]. The Court **GRANTS** the Motion [Doc. 32] *nunc pro tunc* and extends discovery through and including March 27, 2017.

**IT IS SO ORDERED** this 16th day of March, 2017.

_____
**Amy Totenberg**
**United States District Judge**